BEFORE THE SECOND DIVISION, DECEMBER 22, 1958

**No. 62622.**—C. J. Tower & Sons *v*. United States, protests 173166–K and 155889–K (Buffalo).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiff was sustained.

**No. 62623.**—Aluminum, Ltd., Sales, Inc. *v*. United States, protest 303694–K (St. Albans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiff was sustained.

**No. 62624.**—Lipman's *v*. United States, protest 308141–K (New York).

(245)